UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL J. BURWELL and**
**TOWERS WATSON DELAWARE**
**INC.,**                                              Case No. 2:17-cv-13130-MAG- MKM

        **Plaintiffs,**                         Hon. Mark A. Goldsmith

-vs-

**AON plc, AON CORPORATION and**
**AON RISK SERVICES CENTRAL,**
**INC.,**

        **Defendants.**
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiffs, MICHAEL J. BURWELL AND TOWERS WATSON DELAWARE INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss the Complaint and each cause of action therein in above-titled action, without costs to either party.

Dated: September 29, 2017

**CLARK HILL PLC**

/s/*Anthony A. Agosta*
Anthony A. Agosta (P57355)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Phone: (313) 965-8523
Email: aagosta@clarkhill.com
*Counsel for Plaintiff Michael J. Burwell*

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/*George P. Apostolides*
George P. Apostolides
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Phone: (312) 876-7102
Email: george.apostolides@saul.com

OF COUNSEL

Gary B. Eidelman (*admission to be filed*)
Edward J. Baines (*admission to be filed*)
500 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
Phone: (410) 332-8975
Phone: (410) 332-8954
Email: gary.eidelman@saul.com
Email: edward.baines@saul.com

*Counsel for Plaintiff Towers Watson Delaware Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2017, my secretary electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to all counsel of record.

/s/*Anthony A. Agosta*
Anthony A. Agosta (P57355)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Phone: (313) 965-8523
Email: aagosta@clarkhill.com
*Counsel for Plaintiff Michael J. Burwell*