UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BURWELL, et al.,

                Plaintiffs,                Case No. 17-cv-13130
                                                Hon. Mark A. Goldsmith

vs.

AON PLC, et al.,

                Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

On October 4, 2017, Plaintiffs notified this Court of their intention to voluntarily dismiss, with prejudice, all claims against all Defendants (Dkt. 6). Accordingly, this case is dismissed with prejudice.

        SO ORDERED.

Dated:  January 8, 2018              s/Mark A. Goldsmith_____
      Detroit, Michigan              MARK A. GOLDSMITH
                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2018.

                                s/Karri Sandusky_____
                                  Case Manager